UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jerrell McCrary, | File No. 20-cv-695 (ECT/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Interstate Truck Driving School of Minnesota, LLC, | |
| Defendant. | |

---

Pursuant to the Stipulation to Dismiss All Claims Against Defendant [ECF No. 62] entered into by the parties,

**IT IS ORDERED** that the above-captioned action is **DISMISSED** with prejudice in its entirety, on the merits, and without costs, disbursements, or attorneys' fees to either party.

Date: April 1, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court